**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00232-CV**
_____

**JAMADRIC LAPAUL HARPER, Appellant**

**V.**

**AUGUSTINE BERTRAND, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 130876**
_____

**MEMORANDUM OPINION**

Appellant Jamadric LaPaul Harper and Appellee Augustine Bertrand jointly filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 19, 2025
Opinion Delivered February 20, 2025
Before Golemon, C.J., Johnson and Chambers, JJ.